WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shirley Bishop, | No. CV-16-00009-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Frank Reyes, et al., | |
| Defendants. | |

Plaintiff has consented to the exercise of Magistrate Judge jurisdiction (Doc. 7). Pending before the Court is Plaintiff's Amended Complaint (Doc. 10). The Court, however, must screen the Amended Complaint (Doc. 10) before it is allowed to be served. 28 U.S.C. § 1915(e)(2). As the Ninth Circuit Court of Appeals has explained, "section 1915(e) not only permits but requires a district court to dismiss an *in forma pauperis* complaint that fails to state a claim." *Lopez v. Smith*, 203 F. 3d 1122, 1127 (9th Cir. 2000).

In the Court's Order (Doc. 9) filed on May 19, 2016, the Court identified the deficiencies of Plaintiff's original Complaint (Doc. 1). The Court set forth the requirements of Rule 8, Fed. R. Civ. P., as well as the law involving the filing of a claim for relief pursuant to 42 U.S.C. § 1983. The Court has reviewed Plaintiff's Amended Complaint (Doc. 10). The Court finds that Plaintiff has failed to state a claim upon which relief may be granted. *See Rizzo v. Goode*, 423 U.S. 362, 371-72, 377 (1976). Plaintiff has failed to cure the deficiencies noted in the original Complaint. The Court will

dismiss Plaintiff's Amended Complaint (Doc. 10) without prejudice.

**CONCLUSION**

For the reasons set forth above,

**IT IS ORDERED** dismissing without prejudice Plaintiff's Amended Complaint (Doc. 10).

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 30th day of June, 2016.

Eileen S. Willett
United States Magistrate Judge